PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Kisha Wright                                    Cr.: 21-00034-001
                                                                                       PACTS #: 64449

Name of Sentencing Judicial Officer:    THE HONORABLE WILLIAM H. PAULEY III
                                        UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:      THE HONORABLE KEVIN MCNULTY
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/14/2016

Original Offense:   Count One: Conspiracy to Commit Mortgage Fraud., 18 U.S.C. § 1349
                    Count Two: Conspiracy to Deposit & Disburse Funds with Forged Check, 18 U.S.C. § 1343
                    Count Three: Conspiracy to Commit Car Loan Fraud, 18 U.S.C. § 1343

Original Sentence: 2 months imprisonment, 60 months supervised release

Special Conditions: $300 - Special Assessment, $609,250 - Restitution, Mental Health Treatment, Mental Health Medications, No New Debt/Credit, and Financial Disclosure

Type of Supervision: Supervised Release                    Date Supervision Commenced: 11/09/2017

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Cancun, Mexico from April 7, 2022 to April 13, 2022 for the purpose of spending spring break with daughters. She will be traveling with her daughters and plans to reside at Moon Palace Cancun a resort in Cancun, Mexico.

**U.S. Probation Officer Action:**

Our office recommends travel request be approved. Wright reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. Kisha Wright maintains stable residence in Orange, New Jersey and is employed with Florida Blue in Jacksonville, Florida as a program manager. Wright has paid $44,054.30 towards her restitution obligation thus far.

She has been in overall compliance with conditions of supervision with exception of the following condition: No New Debt Restrictions. On March 25, 2022, our office conducted an Equifax credit inquiry and it revealed Wright opened numerous credit accounts without the approval of the U.S. Probation Office. Wright apologized for her actions and advised the accounts were opened to build up her credit score and purchase a vehicle. She was verbally reprimanded for her actions and given a written reprimand as a reminder of the special condition.

Prob 12A – page 2
Kisha Wright

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

/bgm

PREPARED BY:

*Brendan G. Murillo*          *03/28/2022*
BRENDAN G. MURILLO         Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Travel Approved

☐ Travel Denied

☒ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

3/28/2022
Date