PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Kisha Wright       Cr.: 21-00034-001
                                                          PACTS #: 64449

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. PAULEY III
                                       UNITED STATES DISTRICT JUDGE (SD/NY)

Name of Assigned Judicial Officer:     THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/14/2016

Original Offense:   Count One: Conspiracy to Commit Mortgage Fraud 18 U.S.C, § 1349
                    Count Two: Conspiracy to Deposit & Disburse Funds with a Forged Check, 18 U.S.C § 1343
                    Count Three: Conspiracy to Commit Car Loan Fraud, 18 U.S.C § 1343

Original Sentence: 2 months imprisonment, five (5) years supervised release

Special Conditions: Mental Health Treatment, New Debt Restrictions, Financial Disclosure, and $609,250.00 in Restitution.

Type of Supervision: Supervised Release       Date Supervision Commenced: 11/09/2017

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | Failure to Satisfy Restitution
2 | The individual under supervision has violated the special condition which states **"the defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office unless the defendant is in compliance with the installment payment schedule."**
  | On March 25, 2022, our office conducted an Equifax credit inquiry and it revealed that Wright opened numerous credit accounts without the approval of the U.S. Probation Office

**U.S. Probation Officer Action:**

On March 25, 2022, our office conducted an Equifax credit inquiry and it revealed that Wright opened several credit accounts without the permission of the U.S. Probation Office. It is noted the debt incurred to purchase a vehicle and reestablish her credit totaled $26,568.

Prob 12A – page 2
Kisha Wright

Throughout her term of supervised release, Wright has paid $44,054.30 towards her restitution. Wright's term of supervision is due to expire on November 8, 2022, with an outstanding restitution balance of $565,195.70. Wright has complied with all other standard and special conditions of supervised release. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of her earnings and all future income tax refunds via the Treasury Offset Program (TOP).

This Office recommends that no formal Court action be taken, and that the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
        Supervising U.S. Probation Officer

/ trp

PREPARED BY:

*Taylor R. Petronzio*              *11/03/2022*
TAYLOR R. PETRONZIO               Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action and Allow Supervision to Expire as Scheduled on November 8, 2022 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
Signature of Judicial Officer

11/3/2022
Date